PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:13CR00418-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Omar Martinez | SOUTHERN DISTRICT OF TEXAS | CORPUS CHRISTI |
| | NAME OF SENTENCING JUDGE | |
| | NELVA GONZALES RAMOS | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 12-19-2013 | TO 12-18-2014 |

OFFENSE

Simple Possession of Marijuana (Enhanced), 21 U.S.C. § 844(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION</u>

   It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Western District of Texas, San Antonio Division on that Court's acceptance.  This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court.  See 18 U.S.C. 3605.

March 7, 2014
*Date*

*Nelva Gonzales Ramos*
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION</u>

   Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

*Effective Date*                    *United States District Judge*