**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1133 N. Shoreline Blvd., Rm. 208
Corpus Christi, TX  78401-2042
361-888-3142

**DAVID J. BRADLEY**
**CLERK OF COURT**

May 13, 2014

Clerk, U.S. District Court
Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, TX 78206

RE:  Our Case:  2:13-CR-418-01
<u>USA vs. Omar Martinez</u>

Dear Clerk:

Enclosed for the purpose of Transfer of Jurisdiction for supervised proceedings is a certified copy of the  following:

Transfer of Jurisdiction
Indictment
Judgment
Docket Sheet

The full case can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

Sincerely,

David J. Bradley, Clerk

By: /s/ Verlinda Rios
Deputy Clerk

RECEIVED AND FILED UNDER DOCKET NO. _____
on _____.

CLERK, U.S. DISTRICT COURT

By:_____
Deputy Clerk