COPY

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1133 N. Shoreline Blvd., Rm. 208
Corpus Christi, TX  78401-2042
361-888-3142

**DAVID J. BRADLEY**
**CLERK OF COURT**

United States Courts
Southern District of Texas
FILED

May 13, 2014

MAY 23 2014

Clerk, U.S. District Court
Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, TX 78206

David J. Bradley, Clerk of Court

RE:  Our Case:  2:13-CR-418-01
USA vs. Omar Martinez

Dear Clerk:

   Enclosed for the purpose of Transfer of Jurisdiction for supervised proceedings is a certified copy of the following:

   Transfer of Jurisdiction
   Indictment
   Judgment
   Docket Sheet

   The full case can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

   ecf.txsd.uscourts.gov

   Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

   Sincerely,

   David J. Bradley, Clerk

   By: /s/ Verlinda Rios
       Deputy Clerk

RECEIVED AND FILED UNDER DOCKET NO. **SA14CR0384**
on 5/19/14.

CLERK, U.S. DISTRICT COURT

By:
   Deputy Clerk